UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY D. JOHNSON,<br><br>    Petitioner,<br><br>  v.<br><br>JAMES HARTLEY, Warden,<br><br>    Respondent. | Case No.: 1:12-cv-01097-AWI-JLT<br><br>ORDER DISREGARDING PETITIONER'S MOTION FOR PRELIMINARY INJUNCTION TO PREVENT TRANSFER (Doc. 18)<br><br>ORDER DISREGARDING PETITIONER'S MOTIONS FOR STATUS (Docs. 24 & 25) |

Petitioner is a state prisoner proceeding in propria persona with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

**PROCEDURAL HISTORY**

The instant petition was filed on April 4, 2012. (Doc. 1). On September 26, 2012, Petitioner filed his First Amended Petition. (Doc. 16). On October 29, 2012, the Court issued Findings and Recommendations to dismiss the first amended petition for lack of habeas jurisdiction. (Doc. 17). The Findings and Recommendations provided that the parties could file objections within twenty days. On November 29, 2012, Petitioner filed a motion for preliminary injunction to prevent the California Department of Corrections and Rehabilitation from transferring him to another prison facility. (Doc. 18). On December 21, 2012, Petitioner filed his objections to the Findings and Recommendations to dismiss the petition. (Doc. 20). On August 26, 2013, Petitioner filed two motions requesting information about the status of the case. (Docs. 24 & 25). The matter remains pending before the

U.S. District Judge.

## DISCUSSION

When the Magistrate Judge issued her Findings and Recommendations to dismiss the petition for lack of jurisdiction, the matter was referred to the U.S. District Judge assigned to this case for further action.  The matter remains with the District Judge awaiting his final decision.  Because of the procedural posture of the case, i.e., awaiting a final decision of the District Judge, no additional motions will be addressed.  For these reasons, Petitioner's motions will be disregarded until final action by the Court is taken.

## ORDER

For the foregoing reasons, it is HEREBY ORDERED as follows:

1. Petitioner's motion for preliminary injunction[1] (Doc. 18), is DISREGARDED;
2. Petitioner's motions for status (Docs. 24 & 25), are DISREGARDED.

IT IS SO ORDERED.

Dated:   **March 10, 2014**              /s/ Jennifer L. Thurston
                                          UNITED STATES MAGISTRATE JUDGE

---

[1] In any event, the Court's habeas jurisdiction does not convey authority to control CDCR's determinations related to at which institution a particular inmate should be housed (28 U.S.C. § 2241(c) and 28 U.S.C. § 2254(a) [habeas corpus shall extend to a prisoner only if he is "in custody in violation of the Constitution."]) Likewise, Petitioner's housing assignment bears no relation to the issues he raised in his habeas petition.